RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 1 2015

Abel Acosta, Clerk

59,120-04

3-08-15

Dear Mr. Abel Acosta,

My name is Alfred Godine, #1863517, at the Darrington Unit in Rosharon, TX. I am writing you in regard to the status of my 11.07 (writ of habeas corpus) in which I filed on 6/5/14 with Donna Brown, District Clerk, Liberty County, CR 29990. This court has not acknowledge receiving this document nor (to my knowledge) informed your court of having it in their possession. I was notified that my Writ of Mandamus was denied without reason. On Feb. 9, 2015, the lawyer that was assigned to me sent a response that I know was full of partial truths and omissions of relevant facts, that the court records and transcripts (which I have been denied) can prove. There are two very important questions that your court, I pray, will answer that does not constitute giving any legal advice:

1. By the denial of the Mandamus (WR-59,120-04), is my 11.07 writ application still active?

2. If so, how long shall it remain in limbo?

Any consideration toward helping me
with these questions will be very much
appreciated.

Alfred James Godine
TDCJ# 1863517
Darrington Unit / TC
Dorm 3-59 / 59 Darrington rd.
Rosharon, TX 77583